# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:05CR00330-02 JLH | |
| EARL BRYANT, III | DEFENDANT |

## ORDER

Without objection, Earl Bryant, III's motion for early termination of supervised release is GRANTED.  Document #96.

IT IS SO ORDERED this 22nd day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE